# Exhibit A

This is **G o o g l e**'s cache of http://www.hello.com/how_it_works.php as retrieved on 28 Apr 2008 00:35:30 GMT.
**G o o g l e**'s cache is the snapshot that we took of the page as we crawled the web.
The page may have changed since that time. Click here for the current page without highlighting.
This cached page may reference images which are no longer available. Click here for the cached text only.
To link to or bookmark this page, use the following url: `http://www.google.com/search?q=cache:cQmsPwYeXfIJ:www.hello.com/how_it_works.php+http://www.hello.com/how_it_works.php&hl=en&ct=clnk&cd=1`

These terms only appear in links pointing to this page: **http www hello com how_it_works php**





SEE HOW WE WORK TOGETHER.





Download Picasa for FREE.

## How does Hello work?

Hello is a new program that lets you connect directly with your friends to share your digital pictures. If you've used an instant messenger program before, you've already got the idea—Hello is special because it lets you share your pictures along with your messages.

With Hello, you just pick what pictures you want to show off, and click "Send." That's it. Hello takes care of all the hard work. And you and your friends can download full resolution, print-quality pictures from each other, while you're doing more important things, like talking about your pictures.

### I can already send pictures with email. Why do I need Hello?

Hello is designed to let you send high-quality pictures instantly and securely over any speed connection, even dialup. With Hello, you can send hundreds of high quality pictures to your friends in just seconds—you can't do that with email.

When you share pictures with Hello, you get feedback from your friends right away. Also, Hello automatically encrypts all your pictures and chat before sending, so it's safer and more secure than email.

### How is Hello different from a website?

Websites are great when you want to show your pictures to the whole world. But it can take hours to put a new

Hello is brought to you by Picasa. www.picasa.com



**Friends list**
This is the list of all your friends on the Hello network. When you've got pictures to share, look here to see who's online.



**Filmstrip**
The pictures you send and receive are displayed here. You can click on a picture and send some text, and your friend can see exactly what you're talking about.



**Sending Pictures**
Hello keeps a library of your recently shared pictures, so you can find things quickly without browsing through your files

gallery online; after you pick your favorites, edit, resize, and upload them, you still have to sit around and wait for someone to come and see them. And how would you know if anyone did?

When you use Hello to share pictures, they arrive on your friend's screen immediately, without the hassle of uploading them to a public website. Your friends can download print quality copies of their favorite pictures to print right at home, which most "picture sharing" websites won't let you do.

With Hello's file sharing technology, they only have to download high quality versions of the ones they really like. Everything else comes in at a smaller size, optimized for viewing on-screen.

**What makes Hello so secure?**

Hello protects your images with 128-bit AES encryption. Hello also works like a built-in firewall, so no one can access the files on your hard drive. You can read more about privacy and security in Hello <u>here</u>.

**How much does this cost?**

Hello is free. If you like Hello, please try Picasa, our picture organization software.

**How does Hello work with Picasa?**

Picasa is a great way to organize all the photos you get from friends on Hello. When you use Hello and Picasa together, your received images will instantly appear in your Picasa folders.

You can use Picasa to rotate, crop, and fix redeye in your pictures before you share them. Picasa locates and displays all the pictures on your PC, imports the pictures on your camera, and helps you print, email, and create webpages. Picasa automatically converts other image filetypes into JPGs, so you can share them with Hello.

To download Picasa, please visit www.picasa.com.



**Chat**
Get instant feedback about your photographs—no more waiting for an email response.



**Shared History**
Hello keeps an archive of your past chats, so you can see what pictures you've already sent.



**Picasa + Hello**
You can send pictures to your Hello friends directly from Picasa, and pictures you receive automatically appear in Picasa.



---

Home | What is Hello? | How it Works | Support | Download | Privacy Policy

from Google   Copyright © 2007 Google, Inc. All rights reserved.



# Exhibit B

| # | A | B | C | D |
|---|---|---|---|---|
| 32 | DCFC0018_anonib.jpg | TUTTY Tower\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\My Pictures\DCFC0018_anonib.jpg | Graphic | 3/21/2008 9:23 |
| 33 | -00.jpg | TUTTY Tower\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\My Pictures\Hello\bifemaleluci\from bifemaleluci\-00.jpg | Graphic | 3/15/2008 11:44 |
| 34 | 03cvb.jpg | TUTTY Tower\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\My Pictures\Hello\bifemaleluci\from bifemaleluci\03cvb.jpg | Graphic | 3/15/2008 11:44 |
| 35 | -00.jpg | TUTTY Tower\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\My Pictures\Hello\bifemaleluci\from bifemaleluci\Thumbs.db>>-00.jpg.jpg | Graphic | N/A |
| 36 | 03cvb.jpg | TUTTY Tower\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\My Pictures\Hello\bifemaleluci\from bifemaleluci\Thumbs.db>>03cvb.jpg.jpg | Graphic | N/A |
| 37 | Copy of "18 yr old girl jpg.jpg | TUTTY Tower\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\My Pictures\Hello\chrisy1986\from blofro\Copy of "18 yr old girl jpg.jpg | Graphic | 5/6/2008 12:14 |
| 38 | Copy of ddlgrl=1 (14).jpg | TUTTY Tower\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\My Pictures\Hello\chrisy1986\from blofro\Copy of ddlgrl=1 (14).jpg | Graphic | 5/6/2008 12:14 |
| 39 | 02.jpg | TUTTY Tower\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\My Pictures\Hello\chrisy1986\hot\02.jpg | Graphic | 3/10/2008 10:21 |
| 40 | -00k.jpg | TUTTY Tower\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\My Pictures\Hello\dar4u2\New Folder\-00k.jpg | Graphic | 4/1/2008 8:51 |
| 41 | -00k.jpg | TUTTY Tower\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\My Pictures\Hello\dar4u2\New Folder\Thumbs.db>>-00k.jpg.jpg | Graphic | N/A |
| 42 | 00girllonbed.JPG.jpg | TUTTY Tower\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\My Pictures\Hello\krista1983\from skyney533\Thumbs.db>> 00girllonbed.JPG.jpg | Graphic | N/A |
| 43 | 13 fgr.jpg | TUTTY Tower\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\My Pictures\Hello\sixteenmaria\0000\13 fgr.jpg | Graphic | 3/2/2008 17:32 |
| 44 | !!boysuk11.jpg | TUTTY Tower\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\My Pictures\Hello\sixteenmaria\0000\!!boysuk11.jpg | Graphic | 3/16/2008 12:12 |
| 45 | 0000blondsweet.jpg | TUTTY Tower\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\My Pictures\Hello\sixteenmaria\0000\0000blondsweet.jpg | Graphic | 3/16/2008 12:02 |
| 46 | 03daddogey.jpg | TUTTY Tower\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\My Pictures\Hello\sixteenmaria\0000\03daddogey.jpg | Graphic | 3/2/2008 10:19 |
| 47 | -15 daughter suck.jpg | TUTTY Tower\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\My Pictures\Hello\sixteenmaria\0000\-15 daughter suck.jpg | Graphic | 3/2/2008 12:24 |
| 48 | @34.jpg | TUTTY Tower\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\My Pictures\Hello\sixteenmaria\0000\@34.jpg | Graphic | 3/10/2008 20:37 |
| 49 | JPEG_138[3956].jpg | TUTTY Tower\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\My Pictures\Hello\sixteenmaria\0000\@34.jpg>>JPEG_138[3956].jpg | Graphic | 3/10/2008 20:37 |
| 50 | + (14).jpg | TUTTY Tower\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\My Pictures\Hello\sixteenmaria\0000\+ (14).jpg | Graphic | 3/10/2008 20:56 |
| 51 | !!yrboysucking.jpg | TUTTY Tower\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\My Pictures\Hello\sixteenmaria\0000\!!yrboysucking.jpg | Graphic | 3/10/2008 21:41 |
| 52 | 5yotakesfirstcock.jpg | TUTTY Tower\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\My Pictures\Hello\sixteenmaria\0000\5yotakesfirstcock.jpg | Graphic | 3/10/2008 21:22 |
| 53 | 6Qvq198toRRo98jey19cw-_m.jpg | TUTTY Tower\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\My Pictures\Hello\sixteenmaria\0000\6Qvq198toRRo98jey19cw-_m.jpg | Graphic | 3/10/2008 21:32 |
| 54 | 13 fgr.jpg | TUTTY Tower\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\My Pictures\Hello\sixteenmaria\0000\Thumbs.db>>13 fgr.jpg.jpg | Graphic | N/A |
| 55 | #NAME? | TUTTY Tower\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\My Pictures\Hello\sixteenmaria\0000\Thumbs.db>> !a.jpg.jpg | Graphic | N/A |
| 56 | !1yr-girl-loves-daddy.jpg.jpg | TUTTY Tower\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\My Pictures\Hello\sixteenmaria\0000\Thumbs.db>> !1yr-girl-loves-daddy.jpg.jpg | Graphic | N/A |
| 57 | !!boysuk11.jpg | TUTTY Tower\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\My Pictures\Hello\sixteenmaria\0000\Thumbs.db>> !!boysuk11.jpg.jpg | Graphic | N/A |
| 58 | 0000blondsweet.jpg | TUTTY Tower\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\My Pictures\Hello\sixteenmaria\0000\Thumbs.db>> 0000blondsweet.jpg.jpg | Graphic | N/A |
| 59 | 03daddogey.jpg | TUTTY Tower\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\My Pictures\Hello\sixteenmaria\0000\Thumbs.db>> 03daddogey.jpg.jpg | Graphic | N/A |
| 60 | 08*MIST3.jpg.jpg | TUTTY Tower\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\My Pictures\Hello\sixteenmaria\0000\Thumbs.db>> 08*MIST3.jpg.jpg | Graphic | N/A |
| 61 | -15 daughter suck.jpg | TUTTY Tower\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\My Pictures\Hello\sixteenmaria\0000\Thumbs.db>> -15 daughter suck.jpg.jpg | Graphic | N/A |
| 62 | @24.jpg | TUTTY Tower\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\My Pictures\Hello\sixteenmaria\0000\Thumbs.db>> @24.jpg.jpg | Graphic | N/A |
| 63 | + (14).jpg | TUTTY Tower\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\My Pictures\Hello\sixteenmaria\0000\Thumbs.db>>+ (14).jpg.jpg | Graphic | N/A |
| 64 | !!yrboysucking.jpg.jpg | TUTTY Tower\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\My Pictures\Hello\sixteenmaria\0000\Thumbs.db>> !!yrboysucking.jpg.jpg | Graphic | N/A |
| 65 | 5yotakesfirstcock.jpg.jpg | TUTTY Tower\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\My Pictures\Hello\sixteenmaria\0000\Thumbs.db>>5yotakesfirstcock.jpg.jpg | Graphic | N/A |
| 66 | 6Qvq198toRRo98jey19cw-_m.jpg | TUTTY Tower\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\My Pictures\Hello\sixteenmaria\0000\Thumbs.db>>6Qvq198toRRo98jey19cw-_m.jpg.jpg | Graphic | N/A |
| 67 | 002g.jpg.jpg | TUTTY Tower\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\My Pictures\Hello\sixteenmaria\from sixteenmaria\002g.jpg | Graphic | 3/10/2008 21:18 |
| 68 | 1 PTG (9317).jpg | TUTTY Tower\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\My Pictures\Hello\sixteenmaria\from sixteenmaria\1 PTG (9317).jpg | Graphic | 3/10/2008 21:02 |
| 69 | 002g.jpg.jpg | TUTTY Tower\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\My Pictures\Hello\sixteenmaria\from sixteenmaria\Thumbs.db>>002g.jpg.jpg | Graphic | N/A |
| 70 | 1 PTG (9317).jpg.jpg | TUTTY Tower\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\My Pictures\Hello\sixteenmaria\from sixteenmaria\Thumbs.db>>1 PTG (9317).jpg.jpg | Graphic | N/A |
| 71 | 02703_ash122_123_212lo_anonib.jpg.jpg | TUTTY Tower\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\My Pictures\Hello\sixteenmaria\from sixteenmaria\Thumbs.db>>02703_ash122_123_212lo_anonib.jpg.jpg | Graphic | N/A |

# Exhibit C

May 19, 2009

Dear

Hello, how are you doing today? Myself, I am doing ok. My name is Jason Tutty, and the purpose of this letter is to apologize to you for my actions. I am currently being held in the Buffalo Federal Detention Facility, awaiting my sentencing on 6/17 for child pornography charges. I read your story, and it made me sad to take it all in and to see it from the perspective of the victim, especially one that was as traumatized as you. I cried when I got back to my bunk thinking about the horrors that you've been through. I was told by my lawyer today that I had apparently seen pictures of you, and that made me feel even worse.

I want you to know that I've done a lot of soul searching over the past 7 months, when I was first charged, and I have nothing but remorse, regret, and shame. I am the first person in my family to be arrested, and my actions will now shame my family name & I know that I will never forgive myself for what I have done. I have been shunned by all but one of my friends. And I know that my family will stand by my side & support me, no questions asked, but I feel so unworthy. Speaking of family, I have no idea how my brother will tell his children about what I did, and I feel horrible that I even put him in that position.

I just want you to also know that I am not totally horrible person. I am a human being that made a tragic error in his life & now I have to

deal with the ramifications of such for the rest of my life. I will try to do the best that I can, one day at a time, in order to become a better person than I am right now. I sincerely hope that you can someday get to a place where you are happy & that you can overcome the obstacles that life has in front of you.

Please never give up. I know that statement is easy to say, especially since I'm not living what you have to live through on a daily basis. I am just a stubborn guy by nature, what can I say? I am the kind of person that would run head first into a wall and expect the wall to fall down eventually. I hope that you have a good friend or a family in your life that you can draw strength & support from. Maybe you have a strong devotion to religion that can help you out also.

Again I want to apologize to you for all the pain & suffering that you have been through because of people like me. Admittedly, I am not much of a religious person; nevertheless, I will pray for you every night & I wish nothing but good fortune & peace for the rest of your life. Take care of yourself.

Jason Eric Tutty
JASON ERIC TUTTY
16646-055

# Exhibit D

April 25, 2009

Dear Judge Siragusa,

Hello your Honor, how are you doing today? Myself, I am doing ok. I wanted to write you a letter to apologize for my transgressions. I have had plenty of time to think long and hard about what I did, and I have nothing but regret and sadness. I feel like I have left an indelible black mark on my family and ruined our good name with my actions.

I have learned a few things since my arrest. I learned that ALL crime, no matter how petty or severe it maybe, has a victim. In my case, many victims. I also learned how my actions have affected other people. For example, I read the story about a victim of my crime, and it made me & will continue to make me feel like a lowlife for ever thinking about it. To be honest, I never really thought too much about the other side of the equation, the people that were being potentially scarred for life by people like myself. As far as the why or how I could bring myself to a point where this behavior was even tolerated is beyond me. Five months on house arrest, three months in Batavia with all the time in the world to reflect and to pinpoint a reason, and it still eludes me. Lastly, I learned that the axiom "Blood is thicker than water" is quite true. Ever since my arrest, the only people in my life has been my family & relatives. Every single one of my friends, with the exception of one, has deserted me. And I certainly can't fault them too much, since my crime is quite heinous.

I have made a few changes in my time here in Batavia. For the first time in a long time, I am taking care of my health needs. I've been a lot more proactive

about my weight, watching what & when I eat, and so far I have lost over 45 lbs. I also work out for about 90 minutes a day, every day. Primarily, I do some work on the exercise bike, walk around the courtyard, and do some aerobics. Lastly I have been getting a little more spiritual. I have always been turned off by Christianity, partly because I feel that clergy to be hypocritical. Mostly, though, it's because someone tries to push it onto me, and that approach has never & will never work with me.

Now allow me to talk about myself for a moment. First of, I am straightedge. What this means is that I do not drink, smoke, take drugs, and remain abstinent when not in a relationship. I have taken that further to include not adding sugar or salt to food. I don't even take ibuprofen for headaches. My surname, Tuttly, is a derivative of Tuthill, and is Irish for old-fashioned. This is main reason why I am abstinent, because I'm waiting to get married. I am also a fiercely independent person, as I like to be able to try to figure things out on my own. Conversely, I would help anyone out at the drop of a hat if they needed it. I am loyal, trustworthy, and pretty much I would do anything for a friend. I've never been cocky or over-confident; nevertheless I have been truly humbled by this situation & the severity of it.

In the future, I hope that I have the chance to become a member of society again & that I can make the most of it. I would like the opportunity to learn a new trade at whatever facility I end up in. I have been working in the restaurant industry my whole life, and I was pondering

a career change anyway. I want to leave the system a changed & better person, and to take things one day at a time. I never, ever want to touch a computer again in my life. I want you to know, Your Honor, that every morning that I wake up in my bunk, everytime I go outside and see the barbed wire, and everytime that I go back to my bunk for the night, I want to & will do whatever it takes to become a better human being. I would also like to take the time for being just, fair, & a patient man with me. It made me feel good that you were willing to stop everything & answer my questions that I had right then & there. I realize that you probably do that for everyone, but it made the whole process a slight bit easier for me & I appreciate that greatly. Thank you for your time & I hope that you have a great day.

Jason E Tutty
JASON E. TUTTY
16646-055

# Exhibit E

April 12, 2009

Diane S. Tutty
30 Tobin Dr.
Rochester, NY 14615

The Honorable Judge Charles Saragusa

Your Honor,

    This letter is written on behalf of Jason Eric Tutty.

    When Jason was born he was a very beautiful dark haired & dark eyed baby. He had a very clear & translucent skin. When he was 9 months old, he almost died of numerous & prolong seizures. He was in the hospital for 10 days. God had mercy on us and gave us back our baby.

    Growing up in a quiet neighborhood Jason, his brother & friends played street hockey in winter and stickball in summer. He also played soccer at school & collected comic books. He loved to ride his bike, hike & fish with his dad.

    At 12 yrs. old he had a morning paper route. He had to get up at 5:30 am & he

ready for the school bus by 7am. He was a good student but he had to study hard.

As a teen he was a very safe & curteus driver. He also put himself through MCC by being a cook at "Olive Garden". He was a "DJ" and worked at the school's book store on campus.

Jason became a man that I love very much & respect, he is kind, generous & helpful & loving. When my husband of 39 years passed away Jay moved back to Rochester to help me cope with all the paper work, grocery shopping etc.

Jason never hurt anyone. He made a terrible mistake & he knows he has to "pay his dept to society." Hopefuly he will come out of prison able to make better decisions.

Sincerly,
Diane F. Tutty
Jason's Mom

February 18, 2009

Joseph and Susan Tutty
3225 Mill View Court
Suwanee, GA 30024

The Honorable Judge Charles Siragusa
c/o Karen Francati
28 East Main Street
4th Floor
Rochester, NY 14614

Your Honor,

This letter is written on behalf of Jason Tutty.

Jason has always been known to us as a kind, somewhat shy, loving member of the family. He has always been very well thought of and loved by all of us.

Although uncomplicated in his thinking and inexperienced in worldly matters, he has always been a hard-working, productive man. He has been self-supporting and lived independently for several years.

We have never known Jason to have any trouble with family, in school, or anything prior.

Jason also has a caring and helpful nature. Following the death of his father, he willingly uprooted and moved back home with his mother to support her through that difficult transition.

We seek your compassion and leniency hoping you will consider Jason's history and nature in your decision.

Sincerely,

*Joseph Tutty*   *Susan Tutty*
Joseph and Susan Tutty
Uncle and Aunt

March 4, 2009

Christopher & Catherine Tutty
PSC 819 Box 63
FPO, AE 09645

The Honorable Judge Charles Siragusa
c/o Karen Francati
28 East Main Street
4th Floor
Rochester, NY 14614

Your Honor,

We seek your compassion and leniency in the sentencing of Jason Tutty.

Jason is a favorite cousin and after living near him throughout childhood and early adulthood, we know him only to be a kind and good-natured person.

Hard-working and caring are other adjectives that describe Jason. He has always been a productive member of our family (moving back to Rochester to help his mother after the death of his father) as well as society (strong record of gainful employment and self-sufficiency). Although perhaps a bit naïve, he has never had any problems inside or outside of the family circle until now.

It is our wish that you consider all these factors about Jason's history as you make your final decision regarding his future.

Respectfully,

Christopher and Catherine Tutty

April 17, 2009

Donald Schneider
501 Ramona Street
Rochester, New York 14615

The Honorable Judge Charles Saragusa

Your Honor,
 This letter is written on behalf of Jason Tutty. I have had the pleasure of knowing Jason since he was a toddler. Jason as a youth was a very polite, honest and hard working young man. Though shy and reserved Jason was honest and respectful. Jason was an average student in school, but worked hard and eventually put himself through college. Jason moved to Philadelphia and established a career he loved, cooking. He was self supporting and an independent productive member of our society. Upon hearing the news of his fathers untimely death he picked up and moved back home to care for and support his mother through a very difficult time.
 Your Honor I'm writing this letter to ask you please to consider leniency and

compassion in your decision in regards to Jasons sentencing. Thank you for your time.

Sincerely,

Donald Schneider
Friend of the Family