# Exhibit A

CLOSED, EFILE

# U.S. District Court
## United States District Court for the District of Connecticut (New Haven)
## CRIMINAL DOCKET FOR CASE #: 3:08-cr-00165-WWE-1

Case title: USA v. Hesketh  
Magistrate judge case number: 3:08-mj-00075-DFM

Date Filed: 07/29/2008  
Date Terminated: 11/05/2008

---

Assigned to: Judge Warren W. Eginton

### Defendant (1)

Alan Hesketh  
*TERMINATED: 11/05/2008*

represented by Jonathan J. Einhorn  
412 Orange St.  
New Haven , CT 06511  
203-777-3777  
Fax: 203-782-1721  
Email: einhornlawoffice@gmail.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
Designation: CJA Appointment

### Pending Counts

ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO  
(1)

### Disposition

Defendant pleaded guilty to Count 1 of an Information. Defendant to be imprisoned for 78 months with credit for time served. Defendant shall be on Supervised Release for a total of 5 years with Special Conditions. Defendant shall immediately pay a Special Assessment of $100.00.

### Highest Offense Level (Opening)

Felony

### Terminated Counts

None

### Disposition

### Highest Offense Level (Terminated)

None

| **Complaints** | **Disposition** |
|---|---|
| 18:2252A.F did knowingly possess and/or receive and/or distribute material containing images of child pornography as that term is defined. | |

**Plaintiff**

| USA | represented by | **Deborah R. Slater**<br>U.S. Attorney's Office-HFD<br>450 Main St. Room 328<br>Hartford, CT 06103<br>860-947-1101<br>Fax: 860-240-3291<br>Email: deborah.slater@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael J. Gustafson**<br>U.S. Attorney's Office-HFD<br>450 Main St. Room 328<br>Hartford, CT 06103<br>860-760-7960<br>Fax: 860-760-7979<br>Email: mike.gustafson@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Nora R. Dannehy**<br>U.S. Attorney's Office-HFD<br>450 Main St. Room 328<br>Hartford, CT 06103<br>860-947-1101<br>Fax: 860-240-3291<br>Email: Nora.Dannehy@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 03/27/2008 | 1 | SEALED COMPLAINT as to Alan Hesketh (1). (Attachments: # 1 Affidavit) (S-Sunbury, B.) [3:08-mj-00075-DFM] (Entered: 03/27/2008) |
| 03/27/2008 | | Arrest of Alan Hesketh (S-Sunbury, B.) [3:08-mj-00075-DFM] (Entered: 03/27/2008) |
| 03/27/2008 | 2 | Minute Entry for proceedings held before Judge Donna F. Martinez:Initial Appearance as to Alan Hesketh held on 3/27/2008, ( Detention Hearing set for 3/31/2008 02:00 PM in East Courtroom, 450 Main St., Hartford, CT before |

| | | |
|---|---|---|
| | | Judge Donna F. Martinez, Probable Cause Hearing set for 4/10/2008 03:00 PM in East Courtroom, 450 Main St., Hartford, CT before Judge Donna F. Martinez) and 20 minutes(Court Reporter Bowles.)(S-Sunbury, B.) [3:08-mj-00075-DFM] (Entered: 03/27/2008) |
| 03/27/2008 | | Attorney update in case as to Alan Hesketh. Attorney Jonathan J. Einhorn for Alan Hesketh added. (S-Sunbury, B.) [3:08-mj-00075-DFM] (Entered: 03/27/2008) |
| 03/27/2008 | 3 | SEALED MOTION Motion to Seal - Filed separately from case by USA as to Alan Hesketh. (S-Sunbury, B.) [3:08-mj-00075-DFM] (Entered: 03/27/2008) |
| 03/27/2008 | 4 | ORDER granting 3 Sealed Motion as to Alan Hesketh (1). Signed by Judge Donna F. Martinez on 3/26/08. (S-Sunbury, B.) [3:08-mj-00075-DFM] (Entered: 03/27/2008) |
| 03/27/2008 | 5 | MOTION for Pretrial Detention by USA as to Alan Hesketh. (S-Sunbury, B.) [3:08-mj-00075-DFM] (Entered: 03/27/2008) |
| 03/27/2008 | 6 | MOTION to Unseal Case by USA as to Alan Hesketh. (S-Sunbury, B.) [3:08-mj-00075-DFM] (Entered: 03/27/2008) |
| 03/27/2008 | 7 | ORDER granting 6 Motion to Unseal Case as to Alan Hesketh (1). Signed by Judge Donna F. Martinez on 3/27/08. (S-Sunbury, B.) [3:08-mj-00075-DFM] (Entered: 03/27/2008) |
| 03/31/2008 | 8 | ATTORNEY APPEARANCE: Jonathan J. Einhorn appearing for Alan Hesketh (Sunbury, B.) [3:08-mj-00075-DFM] (Entered: 03/31/2008) |
| 03/31/2008 | 9 | Minute Entry for proceedings held before Judge Donna F. Martinez:Detention Hearing as to Alan Hesketh held on 3/31/2008 Total Time: 1 hours and 15 minutes(Court Reporter Bowles.)(Sunbury, B.) [3:08-mj-00075-DFM] (Entered: 04/01/2008) |
| 03/31/2008 | | ORDER granting 5 Motion for Pretrial Detention as to Alan Hesketh (1). Signed by Judge Donna F. Martinez on 3/31/08. (Sunbury, B.) [3:08-mj-00075-DFM] (Entered: 04/01/2008) |
| 03/31/2008 | 10 | MOTION for Release from Custody by Alan Hesketh. (Sunbury, B.) [3:08-mj-00075-DFM] (Entered: 04/01/2008) |
| 03/31/2008 | | ORDER denying 10 Motion for Release from Custody as to Alan Hesketh (1). Signed by Judge Donna F. Martinez on 3/31/08. (Sunbury, B.) [3:08-mj-00075-DFM] (Entered: 04/01/2008) |
| 04/03/2008 | 11 | MOTION For Permission For Defendant's Wife To Meet With the Defendant by Alan Hesketh. (Sunbury, B.) [3:08-mj-00075-DFM] (Entered: 04/03/2008) |
| 04/04/2008 | 12 | ORDER granting 11 Motion as to Alan Hesketh (1) with the consent of the government and agreement of the USMS. Signed by Judge Donna F. Martinez on 4/4/08. (Martinez, Donna) [3:08-mj-00075-DFM] (Entered: 04/04/2008) |
| 04/04/2008 | 13 | MOTION for Order Excluding Time Under Speedy Trial Act For The Filing of Indictment by USA as to Alan Hesketh. (Sunbury, B.) [3:08-mj-00075-DFM] (Entered: 04/07/2008) |

| | | |
|---|---|---|
| 04/10/2008 | 14 | ORDER granting 13 Motion for Order Excluding Time as to Alan Hesketh (1). The court finds that the ends of justice served by the exclusion of time outweigh the best interest of the public and the defendant in a speedy trial. Therefore, the time between today and May 16, 2008 is excluded from speedy trial calculation. Signed by Judge Donna F. Martinez on 4/11/08. (Martinez, Donna) [3:08-mj-00075-DFM] (Entered: 04/10/2008) |
| 04/10/2008 | 15 | WAIVER of Speedy Trial by Alan Hesketh (Sunbury, B.) [3:08-mj-00075-DFM] (Entered: 04/14/2008) |
| 05/16/2008 | 16 | MOTION for An Order Excluding Time Under Speedy Trial Act by USA as to Alan Hesketh. (Sunbury, B.) [3:08-mj-00075-DFM] (Entered: 05/19/2008) |
| 05/19/2008 | 17 | ORDER granting 16 Motion for Order Excluding Time as to Alan Hesketh (1). The time for the filing of an Indictment is extended until 6/20/2008. The court finds that the ends of justice are served by the extension, and outweigh the best interest of the public and the defendant in a speedy trial. The time from today until 6/20/2008 is excluded from computation for speedy trial purposes. Signed by Judge Donna F. Martinez on 5/19/08. (Martinez, Donna) [3:08-mj-00075-DFM] (Entered: 05/19/2008) |
| 06/20/2008 | 18 | MOTION for Order excluding time under speedy trial act by USA as to Alan Hesketh. (Blue, A.) [3:08-mj-00075-DFM] (Entered: 06/20/2008) |
| 06/27/2008 | 19 | ORDER denying 18 Motion to Exclude Time for Filing Indictment Under Speedy Trial Act as the motion contains insufficient information to allow the court to make the requisite finding for an ends of justice continuance. The delay shall not be excluded from computation for speedy trial purposes. See Parisi v. United States, No. 06-1148pr, 2008 U.S. App. LEXIS 12560 (2d Cir. June 13, 2008). Signed by Judge Donna F. Martinez on 6/26/08. (Martinez, Donna) [3:08-mj-00075-DFM] (Entered: 06/27/2008) |
| 07/03/2008 | 20 | MOTION for Reconsideration re 19 Order on Motion for Speedy Trial, by USA as to Alan Hesketh. (S-D'Onofrio, B.) [3:08-mj-00075-DFM] (Entered: 07/03/2008) |
| 07/07/2008 | 21 | WAIVER of Speedy Trial by Alan Hesketh (Sunbury, B.) [3:08-mj-00075-DFM] (Entered: 07/07/2008) |
| 07/07/2008 | 22 | ORDER granting 20 Motion for Reconsideration as to Alan Hesketh (1). Upon reconsideration, and after a careful review of the representations set forth in the motion 20 and a Waiver of Speedy Trial 21 personally signed by the defendant, for the reasons set forth in the parties' joint request, the court finds that the ends of justice served by a continuance outweigh the best interest of the public and the defendant in a speedy trial. The time between today and 7/21/08 shall be excluded from computation for speedy trial purposes. Signed by Judge Donna F. Martinez on 7/7/08. (Martinez, Donna) [3:08-mj-00075-DFM] (Entered: 07/07/2008) |
| 07/29/2008 | 23 | INFORMATION as to Alan Hesketh (1) count 1. (Candee, D.) (Entered: 08/01/2008) |
| 07/29/2008 | 24 | WAIVER OF INDICTMENT by Alan Hesketh (Candee, D.) (Entered: |

| | | |
|---|---|---|
| | | 08/01/2008) |
| 07/29/2008 | 25 | Minute Entry for proceedings held before Judge Warren W. Eginton:Waiver/Plea Hearing as to Alan Hesketh held on 7/29/2008, Plea entered Guilty Count 1. Defendant detained. Government's oral motion excluding time for speedy trial from 7/21/08 to 7/29/08 granted. Total 50 minutes(Court Reporter Payton.)(Candee, D.) (Entered: 08/01/2008) |
| 07/29/2008 | 26 | PLEA AGREEMENT as to Alan Hesketh (Candee, D.) (Entered: 08/01/2008) |
| 07/29/2008 | | Set Hearings as to Alan Hesketh: Bond Hearing set for 8/4/2008 10:00 AM; Sentencing set for 10/17/2008 10:00 AM 915 Lafayette Blvd., Bridgeport, CT before Judge Warren W. Eginton. (Candee, D.) (Entered: 08/01/2008) |
| 07/31/2008 | 28 | MOTION for Release from Custody by Alan Hesketh. (Torres, K.) (Entered: 08/01/2008) |
| 08/01/2008 | 27 | ELECTRONIC FILING ORDER as to Alan Hesketh - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER. Signed by Judge Warren W. Eginton on 8/1/08. (Candee, D.) (Entered: 08/01/2008) |
| 08/04/2008 | 29 | ORDER OF DETENTION denying 28 Motion for Release from Custody as to Alan Hesketh (1). Signed by Judge Warren W. Eginton on 8/4/08. (Barrille, J.) (Entered: 08/04/2008) |
| 08/04/2008 | 30 | Minute Entry for proceedings held before Judge Warren W. Eginton:Bond Hearing as to Alan Hesketh held on 8/4/2008. Defendant detained. Total 55 minutes(Court Reporter Payton.)(Barrille, J.) (Entered: 08/04/2008) |
| 10/11/2008 | 31 | MOTION to Seal Defendant's Motion for Leave to Seal CD by Alan Hesketh. (Einhorn, Jonathan) (Entered: 10/11/2008) |
| 10/13/2008 | 32 | MOTION To Deny Restitution Claim by Alan Hesketh. (Attachments: # 1 Memorandum in Support of Defendant Alan Hesketh's Opposition To Restitution)(Einhorn, Jonathan) (Entered: 10/13/2008) |
| 10/13/2008 | 33 | SENTENCING MEMORANDUM by Alan Hesketh (Einhorn, Jonathan) (Entered: 10/13/2008) |
| 10/13/2008 | 34 | NOTICE *of Manual Filing* by Alan Hesketh (Einhorn, Jonathan) (Entered: 10/13/2008) |
| 10/16/2008 | 35 | ORDER granting 31 Motion to Seal CD as to Alan Hesketh (1). Signed by Judge Warren W. Eginton on 10/16/08. (Candee, D.) (Entered: 10/16/2008) |
| 10/16/2008 | 36 | MOTION for Acceptance of Responsibility by USA as to Alan Hesketh. (Torres, K.) (Entered: 10/17/2008) |
| 10/16/2008 | 37 | RESPONSE and Opposition by USA as to Alan Hesketh re 33 Sentencing Memorandum (Torres, K.) (Entered: 10/17/2008) |
| 10/17/2008 | 38 | Minute Entry for proceedings held before Judge Warren W. Eginton: Sentencing as to Alan Hesketh held on 10/17/2008 Total Time: 1 hours and 50 minutes(Court Reporter S. Baldwin.)(Candee, D.) (Entered: 11/05/2008) |

| | | |
|---|---|---|
| 11/05/2008 | 39 | JUDGMENT as to Alan Hesketh (1), Count 1, Defendant pleaded guilty to Count 1 of an Information. Defendant to be imprisoned for 78 months with credit for time served. Defendant shall be on Supervised Release for a total of 5 years with Special Conditions. Defendant shall immediately pay a Special Assessment of $100.00.. Signed by Judge Warren W. Eginton on 10/17/08. (Gutierrez, Y.) (Entered: 11/06/2008) |
| 12/12/2008 | 40 | MOTION to Continue *Restitution Hearing* by Alan Hesketh. (Einhorn, Jonathan) (Entered: 12/12/2008) |
| 12/15/2008 | 41 | ORDER granting 40 Motion to Continue as to Alan Hesketh (1). Signed by Judge Warren W. Eginton on 12/15/08. (Welles, T.) (Entered: 12/15/2008) |
| 12/26/2008 | 42 | TRANSCRIPT of Proceedings as to Alan Hesketh held on 10/17/08 (Sentencing Hearing) before Judge Warren W. Eginton. Court Reporter: Steve Bowles. NOTICE RE REDACTION OF TRANCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.ctd.uscourts.gov. Redaction Request due 1/16/2009. Redacted Transcript Deadline set for 1/26/2009. Release of Transcript Restriction set for 3/26/2009. (Bowles, S.) (Entered: 12/26/2008) |
| 01/05/2009 | 43 | MOTION to Continue *Restitution Hearing* by Alan Hesketh. (Einhorn, Jonathan) (Entered: 01/05/2009) |
| 01/05/2009 | 44 | NOTICE OF E-FILED CALENDAR as to Alan Hesketh: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Restitution Hearing set for 1/7/2009 10:00 AM in Courtroom Four-Annex, 915 Lafayette Blvd., Bridgeport, CT before Judge Warren W. Eginton. (Candee, D.) (Entered: 01/05/2009) |
| 01/05/2009 | 46 | Memorandum in Opposition by USA as to Alan Hesketh re 32 MOTION To Deny Restitution Claim (Torres, K.) (Entered: 01/06/2009) |
| 01/06/2009 | 45 | ORDER granting 43 Motion to Continue Restitution Hearing as to Alan Hesketh. A hearing regarding restitution shall be on February 10, 2009 at 10:00 a.m. Signed by Judge Warren W. Eginton on 1/6/09. (Cepler, C.) (Entered: 01/06/2009) |
| 01/06/2009 | 47 | NOTICE OF E-FILED CALENDAR as to Alan Hesketh: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Hearing set for 2/10/2009 10:00 AM in Courtroom Three-Annex, 915 Lafayette Blvd., Bridgeport, CT before Judge Warren W. Eginton (Candee, D.) (Entered: 01/06/2009) |
| 01/08/2009 | 48 | WAIVER of 90 Day Restitution Hearing by Alan Hesketh (Ruocco, M.) (Entered: 01/09/2009) |
| 01/15/2009 | 49 | NOTICE OF E-FILED CALENDAR as to Alan Hesketh: THIS IS THE ONLY |

|  |  | NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Restitution Hearing set for 2/23/2009 11:00 AM in Courtroom Three-Annex, 915 Lafayette Blvd., Bridgeport, CT before Judge Warren W. Eginton (Candee, D.) (Entered: 01/15/2009) |
|---|---|---|
| 02/20/2009 | 50 | RESPONSE/REPLY by Alan Hesketh re 32 Motion for Miscellaneous Relief *Defendant's Supplemental Memorandum in Opposition to Restitution* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Einhorn, Jonathan) (Entered: 02/20/2009) |
| 02/23/2009 | 51 | Minute Entry for proceedings held before Judge Warren W. Eginton:Restitution Hearing as to Alan Hesketh held on 2/23/2009 Total Time: 1 hours and 10 minutes(Court Reporter S. Baldwin.)(Torres, K.) (Entered: 02/25/2009) |
| 05/06/2009 | 52 | TRANSCRIPT of Proceedings as to Alan Hesketh held on February 23, 2009 (Restitution Hearing) before Judge Warren W. Eginton. Court Reporter: Steve Bowles. NOTICE RE REDACTION OF TRANCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.ctd.uscourts.gov. Redaction Request due 5/27/2009. Redacted Transcript Deadline set for 6/6/2009. Release of Transcript Restriction set for 8/4/2009. (Bowles, S.) (Entered: 05/06/2009) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/03/2009 13:42:38 | | | |
| PACER Login: | fp0035 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:08-cr-00165-WWE |
| Billable Pages: | 5 | Cost: | 0.40 |