IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

       -v-

JASON TUTTY,

           Defendant

09-CR-6030

---

## PETITION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT

The Petition of the United States Attorney for the Western District of New York respectfully states:

1.   The defendant, JASON TUTTY, was involved in a crime against the United States, a violation of Title 18, United States Code, Section 2252. He is incarcerated in FCI Loretto in Loretto, PA. His presence is required in the United States District Court at Rochester, New York, for an appearance.

WHEREFORE, your petitioner requests that the Clerk be instructed to issue a Writ Of Habeas Corpus Ad Prosequendum to the United States Marshal for the Western District of New York to take the said JASON TUTTY into his custody and bring him before

the United States District Court, City of Rochester, New York, on the 6th day of October, 2010, at 9:15 AM. of that day, thereafter the said JASON TUTTY is to be returned to his place of confinement.

DATED:     Rochester, New York, September 8, 2010

                                        Respectfully submitted,

                                        UNITED STATES ATTORNEY
                                        WESTERN DISTRICT OF NEW YORK
                                        100 State Street, Room 620
                                        Rochester, New York 14614

                                        BY: _____
                                        CRAIG R. GESTRING
                                        Assistant U.S. Attorney

IT IS SO ORDERED:

_____
HONORABLE CHARLES J. SIRAGUSA
UNITED STATES DISTRICT JUDGE

DATED: 9-9-10